IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-00156-07-CR-W-DW |
| | ) | |
| ROGER WILLIAM WEBB, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Pending before the Court is Magistrate Judge Sarah W. Hays's Report and Recommendation (Doc. 322). After an independent review of the record, the Court ADOPTS the Magistrate's Report and Recommendation. Consequently, it is hereby ORDERED that:

(1) the Magistrate's Report and Recommendation (Doc. 322) be attached to and made part of this Order; and

(2) Defendant Roger William Webb has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

IT IS SO ORDERED.


Date:   April 5, 2012                              /s/ Dean Whipple
                                                   Dean Whipple
                                                   United States District Judge